

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00390-CR

Paul Anthony **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5398
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant filed his notice of appeal on May 23, 2014. The clerk's record was filed on July 3, 2014. The reporter's record was originally due on July 7, 2014. The court reporter has filed a notice of late reporter's record stating that the reporter's record has not been filed because appellant has failed to request and designate the reporter's record. TEX. R. APP. P. 34.6(b).

It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that the reporter's record has been requested and designated and that either: (1) the fee for preparing the reporter's record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the reporter's fee. *See* TEX. R. APP. P. 35.3(b).

If appellant fails to respond within the time provided, appellant's brief will be due <u>within thirty (30) days</u> from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court